# Third District Court of Appeal
## State of Florida

Opinion filed July 28, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D19-2337
Lower Tribunal No. 16-6419

————————

**Marie Courtin,**
Appellant,

vs.

**Homeowners Choice Property & Casualty Insurance Company,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Pedro P. Echarte, Jr., Judge.

Giasi Law, P.A., and Melissa A. Giasi and Erin M. Berger (Tampa), for appellant.

Kubicki Draper, P.A., and Caryn L. Bellus and G. William Bissett and Barbara E. Fox, for appellee.

Before FERNANDEZ, C.J., and GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.